COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-264-CV

LARRY JAMES TREAKLE APPELLANT

V.

STATE OF TEXAS APPELLEE

----------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Release,” which we will treat as a motion to dismiss.  We may dismiss an appeal in accordance with an appellant’s motion.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a).  Accordingly, without regard to the merits of the motion, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DELIVERED:  December 22, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.